# United States District Court

## Southern District of Georgia

Denise Johnson

_____
Plaintiff

Case No. 6:25-cv-00020-JRH-BKE

v.  Foxridge Apartments of Georgia, LLC, et al,

_____
Defendant

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __7th__ day of __May__, __2025__.

_/s/ Brian K. Epps_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Christopher B. Newern

Business Address: Christopher B. Newbern, LLC
_____
Firm/Business Name

400 Galleria Parkway
_____
Street Address

Suite 1517 | Atlanta | GA | 30339
Street Address (con't) | City | State | Zip

_____
Mailing Address (if other than street address)

_____ _____ _____ _____
Address Line 2 | City | State | Zip

404-987-1606 | 314463
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: chris@chrisnewbernlaw.com